IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YVONNE HILBERT,** | Civil No. 1:15-cv-0471 |
| Plaintiff, | |
| v. | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| Defendant. | Judge Sylvia H. Rambo |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

**1)** Defendant The Lincoln National Life Insurance Company's motion for summary judgment (Doc. 55) is **GRANTED**;

**2)** Plaintiff's cross-motion for summary judgment (Doc. 58) is **DENIED**;

**3)** The action is **DISMISSED** with prejudice.

**4)** The clerk of court is directed to close this case.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge

Dated: June 19, 2017